1   **THE BIEGLER LAW FIRM**
    Robert P. Biegler (CA Bar Assn. No. 88506)
2   725 University Ave.
    Sacramento, CA 95825
3   Telephone:     (916) 927-3971
    Facsimile:     (916) 927-7869
4
            Attorneys for Plaintiffs
5                   Removable Media Solutions, Inc.,

6   **EPSTEIN BECKER & GREEN, P.C.**
    Hans U. Stucki (Pro Hac Vice)
7   150 N. Michigan Avenue, 35th Floor
    Chicago, IL 60601
8   Telephone:     (312) 499-1400
    Facsimile:     (312) 845-1998
9
            Attorneys for Defendant
10                  AAR Manufacturing, Inc.

11
                **UNITED STATES DISTRICT COURT**
12
                **EASTERN DISTRICT OF CALIFORNIA**
13

14
    REMOVABLE MEDIA SOLUTIONS, INC,)        Case No. 2:08-CV-03084-LKK-GGH
15                                       )
            Plaintiffs,                  )   **STIPULATION AND ORDER**
16                                       )   **THEREON**
    v.                                   )
17                                       )
    AAR MOBILITY SYSTEMS, INC., GREG )
18  SCHELLHASE, AND DOES 1-100 AND       )
    CORPORATIONS A-Z inclusive.          )
19                                       )
            Defendants.                  )
20  ─────────────────────────────────────)

21          The parties, by and through their respective attorneys, hereby stipulate and request, that due

22  to conflicts with Mr. Biegler's trial schedule, in *Handal v Pablo*, case Sacramento County Superior

23  Court #34-2007-00883138, and continued trial in *Ortiz v Yuba Community College District,*

24  Yolo County Superior Court case # CV05-1572 the Motion for Summary Judgement,

25  currently schedule for May 10, 2010 at 10:00 a.m., be continued to July 26, 2010.

26

27

28

1   Dated: April 15, 2010                    THE BIEGLER LAW FIRM

2                                            By: __/s/_____

3                                               Robert P. Biegler
                                                Attorney for Plaintiffs
4
                                            EPSTEIN BECKER & GREEN, P.C.
5                                           Hans U. Stucki

6                                               By :/s/_____
                                                    Hans U. Stucki
7                                                   Attorneys for Defendant

8

9

10

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

**ORDER**


        GOOD CAUSE SHOWING, Defendant's Motion for Summary Judgement shall be heard on July 26. 2010.


Dated:   April 19, 2010.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT